IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

ALL-STAR TRAINING, LLC, and
REGINALD CARRICK,

     Plaintiffs,

v.                            No. 1:26-cv-01114-JDB-jay

WORKFORCE INNOVATIONS, INC.,
and SOUTHWEST TENNESSEE
WORKFORCE DEVELOPMENT
BOARD,

     Defendants.

---

ORDER DENYING AS MOOT MOTION OF DEFENDANT WORKFORCE INNOVATIONS,
INC., TO DISMISS ORIGINAL COMPLAINT

---

The Plaintiffs, All-Star Training, LLC, and Reginald Carrick, filed their initial complaint in this case on May 22, 2026, against the Defendants, Workforce Innovations, Inc., and Southwest Tennessee Workforce Development Board. (Docket Entry ("D.E.") 1.) On June 18, 2026, Workforce Innovations, Inc., moved to dismiss the complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. (D.E. 8.) On July 9, 2026, Plaintiffs filed an amended complaint. (D.E. 10.) Because an "amended complaint . . . supersedes the original complaint" and becomes the operative pleading, *NOCO Co. v. OJ Com, LLC*, 35 F.4th 475, 480 (6th Cir. 2022), *reh'g en banc denied*, 2022 WL 2915402 (6th Cir. Jul. 20, 2022), the pending motion to dismiss the original complaint is now MOOT and is DENIED on that basis.

IT IS SO ORDERED this 16th day of July 2026.

                          s/ J. DANIEL BREEN
                          UNITED STATES DISTRICT JUDGE